IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTIANE DALTON, Individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:13-cv-00593 CDP |
| TARGET CORPORATION, | ) **STIPULATION OF** |
| | ) **VOLUNTARY DISMISSAL** |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Christiane Dalton, individually, and defendant Target Corporation, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed with prejudice.

Dated: January 10, 2014

/s/  Stephen F. Gaunt
Stephen F. Gaunt
Steelman, Gaunt & Horsefield
901 Pine Street, Ste. 110
P.O. Box 1257
Telephone:  573-341-8336
Facsimile:  573-341-8548
sgaunt@steelmanandgaunt.com

ATTORNEYS FOR PLAINTIFF

/s/  Brandon B. Cate (w/permission)
Brandon B. Cate
Quattlebaum Grooms Tull & Burrow PLLC
4100 Coporate Ctr. Drive, Ste. 310
Springdale, AR  72762
Telephone:  479-444-5205
Facsimile:  479-444-5255
bcate@qgtb.com

Husch Blackwell, LLP
Bryan O. Wade
901 St. Louis Street, Ste. 1800
Springfield, MO  65806
Telephone:  417-862-6726
Facsimile:  417-862-6948
bryan.wade@huschblackwell.com

ATTORNEYS FOR DEFENDANT

-2-

## CERTIFICATE OF SERVICE

       I hereby certify that on January 10, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Brandon C. Cate
Quattlebaum Grooms Tull & Burrow PLLC
4100 Corporate Ctr. Drive, Ste. 310
Springdale, AR  72762
bcate@qgtb.com

Bryan O. Wade
Husch Blackwell, LLP
901 St. Louis Street, Ste. 1800
Springfield, MO  65806
bryan.wade@huschblackwell.com

                                        /s/  Stephen F. Gaunt
                                        Stephen F. Gaunt